# INDICTMENT/INFORMATION COVER SHEET

UNITED STATES OF AMERICA

v.

MESEPA TAGOVAILOA

Defendant's Name: MESEPA TAGOVAILOA

DOB: 3/30/1979  ☐ Juvenile

☐ Superseding Indictment

Current Case # *(if assigned)*: _____

Superseding #: ☐ 1st  ☐ 2nd  ☐ Other: _____

☐ Associated MJ #: _____

☐ Anchorage  ☒ Fairbanks  ☐ Juneau

Defendant At Large: ☐ Pretrial Release  ☒ Other: Fairbanks, Alaska

Defendant in Custody: ☐ Federal Custody  ☐ State Custody  Facility: _____

**Process**:

☐ **Arrest Warrant:**  ☐ Law Enforcement Sensitive  ☐ Sealed  ☐ Delayed Entry into CM/ECF *(Motion to Follow)*

☒ **Summons:** Gary Colbath
Federal Pubic Defender
188 W. Northern Lights Blvd. Suite 700
Anchorage, AK 99503

**Bail (detention or release):**

☐ **Detention**  ☒ **Release:**  ☒ On conditions to be requested  ☐ As previously set by Court

**Charges:**  Mandatory Minimum(s)?  ☐ Yes  ☒ No

| Count | Level F-M-P | Code Provision | Offense | Maximum Penalty |
|---|---|---|---|---|
| 1 | F | 18 U.S.C. § 1163 | EMBEZZLEMENT AND THEFT FROM AN INDIAN TRIBAL ORGANIZATION | 5 yrs, 3yrs SR, $250,000 fine, $100 SA |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| AUSA: Seth Brickey | Agent & Agency: Kehinde Oladapo | Agent Phone: (703) 472-0566 | Agent Email: kehinde_oladapo@doioig.gov |